**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **LONZA WALKERSVILLE, INC.,** | * | |
| Petitioner, | * | |
| v. | * | **CIV. NO.  JKB-22-2815** |
| **FATE THERAPEUTICS, INC. et al.,** | * | |
| Respondents. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

The Court held a status conference in this matter on March 22, 2023.  For the reasons discussed during that conference, it is hereby ORDERED:

1. Petitioner Lonza Walkersville, Inc. ("Lonza") SHALL AMEND its declaration in lieu of a Rule 30(b)(6) deposition to include the following:

   a. The date(s) on which all relevant Lonza induced pluripotent stem cells ("iPSCs") were manufactured;

   b. Within reason, a description of all materials and methods used to manufacture the relevant Lonza iPSCs sufficient to be responsive to Paragraphs 55–70 of Respondents' underlying Complaint (ECF No. 1, Civ. No. 3:22-00676-H-MSB (S.D. Cal.)); and

   c. A statement confirming the scope and contours of the relevant Request for Proposal ("RFP") propounded by Shoreline Biosciences, Inc. on which Lonza unsuccessfully bid, specifically indicating whether the RFP concerned the manufacture of iPSCs;

2. Lonza SHALL PRODUCE its amended declaration to Respondents by no later than April 15, 2023;

3. Respondent Fate Therapeutics, Inc.'s Motion to Seal (ECF No. 16) its January 20, 2023 letter to the Court (ECF No. 14) and Exhibits B, D, G, and J to that letter (ECF Nos. 14-2, 14-4, 14-7, 14-10) is GRANTED; and

4. This Order having resolved all pending motions before this Court, the Clerk SHALL CLOSE this case.

DATED this 22 day of March, 2023.

BY THE COURT:

James K. Bredar
Chief Judge